ZBS:USAO#2020R00476



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 FEB 25 PM 1:28

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **UNDER SEAL** |
| **v.** | * | **CRIMINAL NO.** SAG-21-034 |
| | * | |
| | * | **(Violent Crimes in Aid of Racketeering,** |
| **ANUAR ARTIAGA-DUBON,** | * | **18 U.S.C. § 1959(a)(3), 18 U.S.C. § 2;** |
| | * | **Conspiracy to Commit a Violent Crime** |
| | * | **in Aid of Racketeering, 18 U.S.C. §** |
| **Defendant.** | * | **1959(a)(6))** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## INDICTMENT

## COUNT ONE

### (Violent Crime in Aid of Racketeering)
### (Assault with a Dangerous Weapon)

The Grand Jury for the District of Maryland charges that:

### The MS-13 Enterprise

1.     At all times relevant to this Indictment, in the District of Maryland, and elsewhere, defendant **ANUAR ARTIAGA-DUBON,** was a member and associate of the violent international street gang Mara Salvatrucha, also known as "MS-13."

2.     MS-13, including its leaders, members, and associates, constituted an enterprise, as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce.  The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

3.     MS-13, through its members and associates, engaged in racketeering activity, as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely, offenses

involving narcotics trafficking, in violation of Title 21, United States Code, Sections 841 and 846; acts indictable under Title 18, United States Code, Section 1951 (relating to interference with commerce, robbery, or extortion); acts involving murder, in violation of Maryland Code, Criminal Law §§ 2-201, 2-204, 2-205, 2-206, 1-201 and 1-202, and the Common Law of Maryland; acts involving extortion, in violation of Maryland Code, Criminal Law §§ 3-701, 3-705, 1-201, and 1-202, and the Common Law of Maryland; and acts involving robbery, in violation of Maryland Code, Criminal Law §§ 3-402, 3-403, 1-201, and 1-202, and the Common Law of Maryland.

Purposes of the MS-13 Enterprise

4.      The purposes of MS-13 included the following:

a.      Preserving and protecting the power, territory, reputation, and profits of the enterprise through the use of intimidation, threats of violence, and violence, including assaults and murder;

b.      Promoting and enhancing the enterprise and its members' and associates' activities, including, but not limited to, murder, extortion, drug trafficking, and other criminal activities;

c.      Keeping victims, potential victims, and community members in fear of the enterprise through violence and threats of violence;

d.      Providing financial support and information to gang members and associates, including individuals incarcerated in the United States and in El Salvador;

e.      Providing assistance to members and associates who committed crimes on behalf of the enterprise; and

f.      Hindering, obstructing, and preventing law enforcement officers from identifying participants in the enterprise's criminal activity, from apprehending the perpetrators of those crimes, and from successfully prosecuting and punishing the offenders.

2

Methods and Means of the MS-13 Enterprise

5.      Among the methods and means by which defendant **ANUAR ARTIAGA-DUBON,** and other members and associates of MS-13 conducted and participated in the conduct of the affairs of the enterprise were the following:

a.      MS-13 members and associates used intimidation, threats of violence, and violence, including assaults and murder, to preserve, expand, and protect MS-13's territory and activities, to promote and enhance its prestige, reputation, and position in the community, and to discipline gang members who had been disloyal or had violated gang rules;

b.      MS-13 members and associates attended gang meetings to discuss, among other things: the structure and organization of the gang; past criminal acts committed against rival gang members and others; MS-13 members and associates who had been arrested or incarcerated; disciplining MS-13 members and associates who had violated gang rules; police interactions with MS-13 members and associates; the identities of individuals suspected of cooperating with law enforcement, and proposed actions to be taken against them; and plans regarding the commission of future crimes, as well as ways to conceal these crimes;

c.      MS-13 members and associates financed the enterprise through a variety of activities, including the extortion of money – sometimes referred to as "rent" –from legitimate and illegitimate businesses operating in the gang's territory;

d.      MS-13 members and associates distributed and agreed to distribute controlled substances on behalf of the gang; and

e.      MS-13 members and associates hindered and obstructed the efforts of law enforcement to identify, apprehend, and successfully prosecute and punish gang members.

6.      On or about April 25, 2020, within the District of Maryland, the defendant,

**ANUAR ARTIAGA-DUBON,**

together with others known and unknown, while aiding and abetting each other, for the purpose of

gaining entrance to and maintaining and increasing position in MS-13, an enterprise engaged in

racketeering activity, did intentionally and knowingly assault Victim-1 with a dangerous weapon,

in violation of Maryland Code, Criminal Law § 3-202, and the Common Law of Maryland.

18 U.S.C. § 1959(a)(3)
18 U.S.C. § 2

## COUNT TWO

### (Violent Crime in Aid of Racketeering)
### (Assault Resulting in Serious Bodily Injury)

The Grand Jury for the District of Maryland further charges that:

1.      Paragraphs 1-5 of Count One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

2.      On or about April 25, 2020, within the District of Maryland, the defendant,

**ANUAR ARTIAGA-DUBON,**

together with others known and unknown, while aiding and abetting each other, for the purpose of gaining entrance to and maintaining and increasing position in MS-13, an enterprise engaged in racketeering activity, did intentionally and knowingly assault Victim-1 resulting in serious bodily injury, in violation of Maryland Code, Criminal Law § 3-202, and the Common Law of Maryland.

18 U.S.C. § 1959(a)(3)
18 U.S.C. § 2

## COUNT THREE

### (Conspiracy to Assault with a Dangerous Weapon and Assault Resulting in Serious Bodily Injury in Aid of Racketeering)

The Grand Jury for the District of Maryland further charges that:

1.      Paragraphs 1-5 of Count One of this Indictment are realleged and incorporated by reference as though fully set forth herein.

2.      Beginning on an unknown date and continuing to on or about April 25, 2020, within the District of Maryland, the defendant,

### ANUAR ARTIAGA-DUBON,

for the purpose of gaining entrance to and maintaining and increasing position in MS-13, an enterprise engaged in racketeering activity, did intentionally and knowingly conspire and agree with others known and unknown to assault Victim-1 with a dangerous weapon and assault Victim-1 resulting in serious bodily injury, in violation of Maryland Code, Criminal Law §§ 1-202 and 3-202, and the Common Law of Maryland.

18 U.S.C. § 1959(a)(6)

*Jonathan F. Lenzner/ZBS*

JONATHAN F. LENZNER
Acting United States Attorney

A TRUE BILL:

REDACTED

Foreperson

2/25/2021

Date

6